UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-21755-KMW

JOHN LOUIS RAMOS,

    Plaintiffs,

vs.

SECRETARY,
DEPARTMENT OF CORRECTIONS, *et al*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 19) ("Report") regarding Plaintiff's petition for writ of habeas corpus. No objections to the Report were filed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 19) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED**.
3. No certificate of appealability shall issue.
4. All pending motions are **DENIED AS MOOT**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 20th day of October, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
John Louis Ramos
555898/A2-1162
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034